UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
www.flsb.uscourts.gov

In re:

**Multibank 2009-1 Res-ADC Venture, LLC**          Adversary Proceeding
                                                   16-01544-LMI
vs.

**Raydene Y Christian**

_____/

## ANSWER AND AFFIRMATIVE DEFENSES

Defendant, **Raydene Y Christian,** by and through her undersigned Counsel and pursuant to The Federal Rules of Bankruptcy Procedure files this ANSWER AND AFFIRMATIVE DEFENSES and DEMAND FOR JURY TRIAL and alleges the following:

## ANSWER

1) Paragraphs 1 – 6, Admit

2) Paragraph 7, Deny. Defendant asserts that this action is a "private right" and waives no constitutional rights that flow from this right.

3) Paragraphs 8 to 71 – Defendant denies all allegations and implications that she intentionally acted to hinder or defraud creditors and that she knowingly and fraudulently made a false oath in connection with her bankruptcy petition.

4) Count 1 – Deny

5) Count 2 – Deny

6) Count 3 – Deny

7) Count 4 – Deny

## AFFIRMATIVE DEFENSES

8) Count 1 - Failure to State a Cause of Action – Claim fails to allege any requisite intent to hinder or delay creditors.

9) Count 2 - Failure to State a Cause of Action – Claim fails to allege any requisite intent to hinder or delay creditors.

10) Count 3 – Failure to State a Cause of Action - Claim fails to allege any evidence that Defendant knowingly and fraudulently made a false oath.

11) Count 4 – Failure to State a Cause of Action – Claim fails to allege any evidence that Defendant knowingly and fraudulently made a false oath.

12) Counts 1 – 4 – Failure to Plead with Particularity all necessary elements of cause of action.

13) Lack of Notice - Defendant alleges that she was never noticed on any of the state court proceedings that resulted in the underlying judgment

14) Illegality of Procurement of the Underlying Debt – Defendant alleges that Plaintiff illegally obtained the right to pursue this claim from the FDIC or any other party.

15) Acts and/or Omissions not Willful or Malicious **-** Defendant's acts or omissions were not made knowingly, intentional or fraudulently with any intent to deceive

16) Private Right – Defendant asserts all causes of action in this case to be legal in nature involving a matter of private rights.

**DEMAND FOR JURY TRIAL**

17) Defendant asserts that all causes of action in this adversary proceeding to be legal in nature involving a matter of private rights, and therefore demands her seventh amendment right to a jury trial. Granfinanciera v. Nordberg, 492 U.S. 33, 109 S.Ct. 2782, 106 L.Ed.2d 26, 19 BCD 493 (1989)

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorneys for Defendants
P.O. BOX 228630
Miami, Florida 33172
Telephone: 305.264.9090
Facsimile: 305.264.9080
Email: diego.mendez@mbdlawgroup.com
By: _____s/_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748

###