UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
www.flsb.uscourts.gov

In re:

**Multibank 2009-1 Res-ADC Venture, LLC**              Adversary Proceeding
                                                                                         16-01544-LMI
vs.

**Raydene Y Christian**

_____/

Defendant, **Raydene Y Christian,** by and through her undersigned Counsel and pursuant to The Federal Rules of Bankruptcy Procedure files this **DEMAND FOR JURY TRIAL** and alleges the following:

### DEMAND FOR JURY TRIAL

1) Defendant asserts that all causes of action in this adversary proceeding to be legal in nature involving a matter of private rights, and therefore demands her seventh amendment right to a jury trial. Granfinanciera v. Nordberg, 492 U.S. 33, 109 S.Ct. 2782, 106 L.Ed.2d 26, 19 BCD 493 (1989)

                                              Respectfully submitted,

                                              MENDEZ LAW OFFICES, PLLC
                                              Attorneys for Defendants
                                              P.O. BOX 228630
                                              Miami, Florida 33172
                                              Telephone: 305.264.9090
                                              Facsimile: 305.264.9080
                                              Email: diego.mendez@mbdlawgroup.com
                                              By: _____s/_____
                                              DIEGO GERMAN MENDEZ, ESQ.
                                              FL BAR NO.: 52748
                                                 ###