UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
www.flsb.uscourts.gov

In re:

**Multibank 2009-1 Res-ADC Venture, LLC**        Adversary Proceeding
                                                 16-01544-LMI
**vs.**

**Raydene Y Christian**

_____/

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that pursuant to local rules and bankruptcy rule 7004, true and correct copies of the foregoing Answer and Affirmative Defenses to Complaint (**DE #9)** and a Demand for Jury Trial  (**DE #10)** were served by transmitted via CM/ECF and email to those parties listed below on this 18th **day of November, 2016.**

## CM/ECF/EMAIL

**Lawrence E Pecan**
Rialto Capital
790 NW 107 Avenue, Suite 400
Suite 3200
Miami, FL 33172

**Trustee**
**Yanay Galban**
Robert A. Angueira, P.A.
6495 S.W. 24th Street
Miami, FL 33155
305-263-3328
Email: yanay@rabankruptcy.com

**U.S. Trustee**
Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130
(305) 536-7285

                                        Respectfully submitted,

                                        MENDEZ LAW OFFICES, PLLC
                                        Attorneys for Defendants
                                        P.O. BOX 228630
                                        Miami, Florida 33172
                                        Telephone: 305.264.9090
                                        Facsimile: 305.264.9080
                                        Email: diego.mendez@mbdlawgroup.com
                                        By: _____s/_____
                                        DIEGO GERMAN MENDEZ, ESQ.
                                        FL BAR NO.: 52748
                                          ###