UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 16-21260-LMI

                                                     Chapter 7

RAYDENE CHRISTIAN,

       Debtor.
_____/

MULTIBANK 2009-1 RES-ADC                    AP No. 16-01544-LMI
VENTURE LLC,

       Plaintiff,

v.

RAYDENE CHRISTIAN,

       Defendant.
_____/

### INITIAL DISCLOSURES

     MULTIBANK 2009-1 RES-ADC VENTURE, LLC, (the *"Plaintiff"*) makes the following initial disclosures under Fed. R. Civ. P. 26(a)(1):

(i) the name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

- Raydene Christian
    - 8665 NW 2nd Ter, Miami, FL 33126.
    - Knowledge concerning the debtor, the filing of the

schedules, the veracity thereof, and the intent therewith when signing same. General knowledge concerning each and every assertion in the complaint.

- Dale Christian.
    - Address known to Defendant.
    - Knowledge concerning title to the funds in the 5450 account and ownership of the Briarwood Property.
- Arla D. Christian
    - Knowledge concerning title to the funds in the 5450 account
    - Knowledge concerning Defendant's claiming of witness as a defendant.
- Dorilt Christian
    - Knowledge concerning title to the funds in the 5450 account
    - Knowledge concerning Defendant's claiming of witness as a defendant.

(ii) a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

- The following public records:
    - The petition in the February Case.
    - The February Case Means Test Calculation filed on 2/18/16
    - The March 2, 2016 Motion to Dismiss the February Case

- ○ The March 7, 2016 Motion to Dismiss the February Case
- ○ The March 8, 2016 agreed order in the February Case to convert the case to chapter 13.
- ○ The May 24, 2016 Notice of Deficiency in the February Case
- ○ The May 31, 2016 objection to plan confirmation in the February Case.
- ○ The June 15, 2016 order dismissing the February Case.
- ○ The July 28, 2016 motion to shorten in the February Case.
- ○ The petition filed in the August Case.
- ○ The August 19, 2016 Motion to Impose filed in the August Case.
- ○ The August 19, 2016, Means Test Calculation filed in the August Case.
- ○ The September 14, 2016, schedule amendment in the August Case.
- ○ The deed which is recorded at page 261, book 3467 of the official records of Carroll County, GA
- ○ The deed which is recorded at page 284, book 3467 of the official records of Carroll County, GA.
- ○ The deed which is recorded at page 641, book 5262 of the official records of Carroll County, GA.
● Non publicly available documents which may be downloaded here: https://goo.gl/shjRos . Password will be provided to counsel.

(iii) a computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered;

- Not applicable

(iv) for inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

- Not applicable

    Respectfully submitted,

    /s/ Lawrence E. Pecan
    Lawrence E. Pecan, Esquire
    Florida Bar No. 99086
    In-House Counsel
    Rialto Capital
    790 NW 107 Avenue, Suite 400
    Miami, Florida 33172
    Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the of the foregoing was served on Diego Mendez as counsel for the Defendant on the date listed thereunder by transmission of notices of electronic filing.

        Respectfully submitted,

        <u>/s/ Lawrence E. Pecan</u>
        Lawrence E. Pecan, Esquire