

**ORDERED in the Southern District of Florida on December 8, 2016.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor. | |
| _____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16−01544−LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant. | |
| _____/ | |

**ORDER GRANTING MOTION TO
STRIKE DEMAND FOR JURY TRIAL AND
AFFIRMATIVE DEFENSES #13, #14, and #16**

THIS MATTER came before the Court on December 7, 2016, upon

Plaintiff, Multibank 2009-1 Res-ADC Venture, LLC's *Motion to Strike Demand for Jury Trial and Affirmative Defenses #13,#14 and #16* [ECF No. 12] (the **"Motion"**).

For the reasons stated on the record, the Court Orders that:

1. The Motion is GRANTED.
2. The affirmative defenses #13, #14, and #16 set forth in the *Answer and Affirmative Defenses* [ECF No. 9] (the **"Answer"**) are STRICKEN.
3. The jury trial demand set forth in the Answer is STRICKEN.
4. The *Jury Demand* [ECF No. 10] is STRICKEN.
5. Nothing herein shall prevent the Defendant from filing a motion to withdraw the reference.

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

Lawrence E Pecan shall serve a copy of this order and shall file a certificate of service thereof