United States Bankruptcy Court
Southern District of Florida

Multibank 2009-1 Res-ADC Venture, LLC,
    Plaintiff

Adv. Proc. No. 16-01544-LMI

Christian,
    Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-1     User: idabarr     Page 1 of 1     Date Rcvd: Dec 09, 2016
                  Form ID: pdf004     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Dec 10 2016 00:40:36     Office of the US Trustee,
        51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
                                                                                                                                                           TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:
           Diego  Mendez, Esq.    on behalf of Defendant Raydene Y Christian info@mendezlawoffices.com,
            ana.solano@mendezlawoffices.com;mlolawbestcase@gmail.com
           Lawrence E Pecan    on behalf of Plaintiff   Multibank 2009-1 Res-ADC Venture, LLC
            lawrence.pecan@rialtocapital.com,  lpecan@gmail.com
                                                                                                                                                              TOTAL: 2



**ORDERED in the Southern District of Florida on December 8, 2016.**

*[signature]*

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor. | |
| _____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16−01544−LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant. | |
| _____/ | |

**ORDER GRANTING MOTION TO
STRIKE DEMAND FOR JURY TRIAL AND
AFFIRMATIVE DEFENSES #13, #14, and #16**

THIS MATTER came before the Court on December 7, 2016, upon

Plaintiff, Multibank 2009-1 Res-ADC Venture, LLC's *Motion to Strike Demand for Jury Trial and Affirmative Defenses #13,#14 and #16* [ECF No. 12] (the **"Motion"**).

For the reasons stated on the record, the Court Orders that:

1. The Motion is GRANTED.
2. The affirmative defenses #13, #14, and #16 set forth in the *Answer and Affirmative Defenses* [ECF No. 9] (the **"Answer"**) are STRICKEN.
3. The jury trial demand set forth in the Answer is STRICKEN.
4. The *Jury Demand* [ECF No. 10] is STRICKEN.
5. Nothing herein shall prevent the Defendant from filing a motion to withdraw the reference.

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

Lawrence E Pecan shall serve a copy of this order and shall file a certificate of service thereof