UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 16-21260-LMI

Chapter 7

RAYDENE CHRISTIAN,

    Debtor.
_____/

MULTIBANK 2009-1 RES-ADC  AP No. 16–01544–LMI
VENTURE LLC,

    Plaintiff,

v.

RAYDENE CHRISTIAN,

    Defendant.
_____/

## WITNESS LIST

    MULTIBANK 2009-1 RES-ADC VENTURE, LLC, (the *"Plaintiff"*) discloses the following witness it may call at trial:

**Raydene Christian**

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the of the foregoing was served on Diego Mendez as counsel for the Defendant on the date listed thereunder by transmission of notices of electronic filing.

                                        Respectfully submitted,

                                        <u>/s/ Lawrence E.  Pecan</u>
                                        Lawrence E. Pecan, Esquire