UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 16-21260-LMI

Chapter 7

RAYDENE CHRISTIAN,

      Debtor.
_____/

MULTIBANK 2009-1 RES-ADC          AP No. 16-01544-LMI
VENTURE LLC,

      Plaintiff,

v.

RAYDENE CHRISTIAN,

      Defendant.
_____/

## RULE 26(a)(3)(A)(iii) DISCLOSURE

MULTIBANK 2009-1 RES-ADC VENTURE, LLC, (the *"Plaintiff"*) discloses the following exhibits on which it may rely at trial:

- 2016.04.22 - Notice of Deficiency
- 2016.04.25 - Trustees Objection to Exemptions
- 2016.05.16 - Amended Ch 13 Plan
- 2016.05.16 - Notice of Deficiency
- 2016.05.24 - Notice of Deficiency
- 2016.05.31 - Multibank's Objection to Confirmation
- 2016.06.15 - Order Denying Confirmation and Dismissing Case
- 2016.07.28 - Amended Current Monthly Income Statement

- 2016.07.28 - Amended Schedule I
- 2016.07.28 - Emergency Motion to Shorten Prejudice Period
- 2016.08.09 - Current Monthly Income Statement
- 2016.08.11 - Order Granting Motion to Shorten
- 2016.08.16 - August Case Petition
- 2016.08.19 - Current Monthly Income Statement
- 2016.08.19 - Emergency Motion to Impose
- 2016.08.19 - Means Test Calculation
- 2016.08.19 - Schedules
- 2016.08.22 - Notice of Hearing
- 2016.09.14 - Current Monthly Income Statement
- 2016.09.15 - 341 Meeting Transcript
- 2016.09.15 - Order Granting Motion to Impose
- 2016.09.15 - Schedules
- 2016.09.26 - 2004 transcript
- 2016.12.20 - 363h complaint
- 2016.12.21 - Tax Card - 42452 County Record - 2471 Briarwood

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the of the foregoing was served on Diego Mendez as counsel for the Defendant on the date listed thereunder by transmission of notices of electronic filing.

        Respectfully submitted,

        /s/ Lawrence E. Pecan
        Lawrence E. Pecan, Esquire