

**ORDERED in the Southern District of Florida on February 8, 2017.**

**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor._____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16-01544-LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant._____/ | |

**ORDER SETTING TRIAL**

This matter came on before the Court upon the agreement of the parties, and the Court, having reviewed the file, noting the that the parties have yet to conclude discovery, finding good cause shown and based upon the record, does hereby ORDER that:

1. The trial in this matter is set for <u>March 28, 2017 at 9:30 a.m.,</u> in Courtroom #8, C. Clyde Atkins United States Courthouse, 301 N. Miami Avenue, Miami, FL 33128.

2. No deadlines set forth in the Court's *Order Setting Filing And Disclosure Requirements* (the *"Initial Pretrial Order"*) are continued, unless modified as set forth below.

3. By March 15, 2017, each Party shall submit to the Court in chambers, and exchange between themselves (only to the extent not previously exchanged):

    a) An exhibit register with pre-marked exhibits, showing the exhibits, including deposition and/or hearing transcripts, intended to be offered as evidence at the Hearing. The Plaintiff shall mark its exhibits numerically, and Defendant shall mark her exhibits alphabetically.

    b) A witness list, identifying the name and address of the witness and a summary of their proposed testimony for purposes of the Trial.

4. At the conclusion of the Trial, the Court may, in lieu of final argument, request that each party submit proposed Memorandum Opinion(s) incorporating findings of fact and conclusions of law in Word or WordPerfect format to the Court's chambers via its email address by a date certain (with copies to each side).

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

Lawrence E Pecan shall serve a copy of this order and shall file a certificate of service thereof