Form CGFCRD3  (12/1/15)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:**  16–21260–LMI                                           **Adversary Number:** 16–01544–LMI

In re:
 **Name of Debtor(s):**  Raydene Y Christian
 ──────────────────────────────────────────────/

**Multibank 2009–1 Res–ADC Venture, LLC**
Plaintiff(s)

**VS.**

**Raydene Y Christian**
Defendant(s)
──────────────────────────────────────────────/

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN**  that a hearing will be held on **March 28, 2017** at **09:30 AM** at the following location:

**C. Clyde Atkins U.S. Courthouse**
**301 North Miami Avenue**
**Courtroom 8**
**Miami FL 33128**

to consider the following:

**Expedited Motion to Dismiss Adversary Proceeding Filed by Plaintiff Multibank 2009–1 Res–ADC Venture, LLC (Pecan, Lawrence) (29)**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above–described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and shall file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B). Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072–2.**

**Dated: 3/27/17**                                          **CLERK OF COURT**
                                                            By: Diana Cohen
                                                            Courtroom Deputy