UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor._____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16–01544–LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant._____/ | |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I served a copy of the following upon the Debtor, the chapter 7 trustee, and the the United States Trustee by email to Diego Mendez <diego.mendez@mendezlawoffices.com>, 'Rodriguez, Ariel (USTP)' <Ariel.Rodriguez@usdoj.gov>; Robert Angueira <robert@rabankruptcy.com>; and Schneiderman, Steven (USTP) <Steven.D.Schneiderman@usdoj.gov> on March 27, 2017.

| | | | |
|---|---|---|---|
| 03/27/2017 | | 29 (13 pgs) | Expedited Motion to Dismiss Adversary Proceeding Re: 1 Complaint filed by Plaintiff Multibank 2009-1 Res-ADC Venture, LLC Filed by Plaintiff Multibank 2009-1 Res-ADC Venture, LLC (Pecan, Lawrence) (Entered: 03/27/2017) |
| 03/27/2017 | | 30 (1 pg) | Notice of Hearing (Re: 29 Expedited Motion to Dismiss Adversary Proceeding Re: 1 Complaint filed by Plaintiff Multibank 2009-1 Res-ADC Venture, LLC Filed by Plaintiff Multibank 2009-1 |

| | | |
|---|---|---|
| | | Res-ADC Venture, LLC) Hearing scheduled for 03/28/2017 at 09:30 AM at C. Clyde Atkins U.S. Courthouse, 301 N Miami Ave Courtroom 8 (LMI), Miami, FL 33128. (Cohen, Diana) (Entered: 03/27/2017) |
| 03/27/2017 | [31](#) (13 pgs) | Stipulation *(identical to existing Expedited Motion except signed with amended payment dates)* Filed by Plaintiff Multibank 2009-1 Res-ADC Venture, LLC (Pecan, Lawrence) (Entered: 03/27/2017) |

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com