

**ORDERED in the Southern District of Florida on March 28, 2017.**

_Laurel M. Isicoff_
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor. | |
| _____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16–01544–LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant. | |
| _____/ | |

**INTERIM ORDER ON EXPEDITED MOTION TO DISMISS ADVERSARY
PROCEEDING UPON AGREEMENT OF THE PARTIES**

\*\*\*\*\*\*\*\*THIS ORDER MAY AFFECT YOUR RIGHTS. Any interested party who fails to take action within 30 days as required herein will be deemed to have consented to the entry of an order granting the relief requested in the motion.\*\*\*\*\*\*\*\*

THIS MATTER came before the Court on March 28, 2017, upon the Expedited Motion to Dismiss the Adversary Proceeding Upon Agreement of the Parties [ECF No. 29], as corrected as to payment dates by the Stipulation [ECF No. 31] (the *"Motion"*). The Court, having held a hearing and being duly informed in the premises ORDERS that.

1. The trial on this matter is continued indefinitely.

2. Raydene Christian shall serve a copy of this Order, the Motion, the Complaint in this case, and the joint pretrial stipulation upon all creditors who have filed a proof of claim or requested notice in the Debtor's chapter 7 case, the United States Trustee and the chapter 7 case trustee;

3.      Such parties shall have 30 days from the service of this Order to seek to continue the litigation as a substituted plaintiff or to object to the relief sought herein by serving and filing either a motion to intervene or an objection to the Motion;

4.      If, by May 3, 2017, there has been no objection or motion to substitute, Plaintiff may upload the order attached as Exhibit 1 hereto, approving the settlement and dismissing this adversary proceeding.

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

The Debtor shall serve copies of this order as set forth in the order.

Exhibit 1

# PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
| Debtor. _____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16–01544–LMI |
| Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
| Defendant. _____/ | |

**FINAL ORDER GRANTING EXPEDITED MOTION TO DISMISS
ADVERSARY PROCEEDING UPON AGREEMENT OF THE PARTIES**

THIS MATTER came before the Court on March 28, 2017 upon the Upon Agreement of the Parties [ECF No. 29], as corrected as to payment dates by the Stipulation [ECF No. 31] (the *"Motion"*), and the interim order thereupon. The Court, noting that there has been no objection to the proposed settlement nor has any party sought to intervene, ORDERS as follows:

1. The case is dismissed.

2. This Court retains jurisdiction to enforce this Order.

3. The terms of the settlement are approved as follows, which shall be binding on all parties to this case:

    a. $5,000.00 shall be paid to Plaintiff within 45 days
    b. $5,000.00 shall be paid to Plaintiff on or before May 1, 2018
    c. $500.00 per month shall be paid to Plaintiff for 24 months, beginning June 1, 2017.
    d. To the extent the distribution on the Plaintiff's unsecured claim is less than $10,000.00, the difference between such amount and $10,000.00 shall be paid to Plaintiff on May 1, 2019.
    e. Upon nonpayment of any amount due, Plaintiff shall provide 30 days notice to counsel for the Debtor. If not cured within such time, Plaintiff shall be entitled to an ex parte order revoking the Debtor's Discharge.
    f. Effective upon the entry of the order dismissing the adversary proceeding, the Debtor shall be deemed to release Plaintiff, and its/their parent and affiliates

  (including but not limited to Rialto Capital Advisors, LLC and Rialto Capital Advisors of New York, LLC), Quantum Servicing Corporation, the Federal Deposit Insurance Corporation, acting in any and every capacity, including but not limited to its capacity as Receiver for the original lender (the "FDIC"), and the original lender, and each of their respective affiliates, agents and assigns the *"Rialto Releasees"*) for any claim or cause of action, known or unknown.

g. Upon payment in full of all amounts set forth in (a)-(d) above, the Rialto Releasees will be deemed to release the Debtor from any liability.

h. All payments pursuant to this Order shall be sent to Quantum Servicing Corp, 6302 E. MLK Blvd., Suite 310 Tampa, FL 33619. All payments shall bear the memo "7000042452."

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

Lawrence E Pecan shall serve a copy of this order and shall file a certificate of service thereof