UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
| Debtor.                               / | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16–01544–LMI |
| Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
| Defendant.                          / | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I served a copy of the following upon the Debtor, the chapter 7 trustee, and the the United States Trustee by email to Diego Mendez <diego.mendez@mendezlawoffices.com>, 'Rodriguez, Ariel (USTP)' <Ariel.Rodriguez@usdoj.gov>; Robert Angueira <robert@rabankruptcy.com> on March 29, 2017, and served by US Mail on March 30, 2017 upon

    Navient PC Trust
    C/O Navient Solutions, Inc
    PO BOX 9640
    wilkes-barre, PA 18773-9640

    Capital One Bank (USA), N.A.
    PO Box 71083
    Charlotte, NC 28272-1083

    PYOD, LLC its successors and assigns as assignee
    of FNBM, LLC
    Resurgent Capital Services

PO Box 19008

Greenville, SC 29602

eCAST Settlement Corporation

PO Box 29262

New York NY 10087-9262

MIDLAND FUNDING LLC

PO Box 2011

Warren, MI 48090

| | | | |
|---|---|---|---|
| 10/04/2016 | | [1](#) (16 pgs) | Adversary case 16-01544. Complaint by MULTIBANK 2009-1 RES-ADC VENTURE, LLC against Raydene Y Christian. Nature of Suit:,(41 (Objection / revocation of discharge - 727(c),(d),(e))) (Pecan, Lawrence) (Entered: 10/04/2016) |
| 12/29/2016 | | [23](#) (11 pgs) | Joint Pretrial Stipulation Filed by Defendant Raydene Y Christian, Plaintiff Multibank 2009-1 Res-ADC Venture, LLC. (Pecan, Lawrence) (Entered: 12/29/2016) |
| 03/27/2017 | | [31](#) (13 pgs) | Stipulation *(identical to existing Expedited Motion except signed with amended* |


|  |  |  |
|---|---|---|
|  |  | *payment dates)* Filed by Plaintiff Multibank 2009-1 Res-ADC Venture, LLC (Pecan, Lawrence) (Entered: 03/27/2017) |
| 03/29/2017 | 33 (6 pgs) | Interim Order on Expedited Motion to Dismiss Adversary Proceeding Upon Agreement Of The Parties (Re: # 29) (Barr, Ida) (Entered: 03/29/2017) |

Respectfully submitted,

/s/ Lawrence E. Pecan
Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com