

**ORDERED in the Southern District of Florida on May 4, 2017.**

_Laurel M. Isicoff_
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-21260-LMI |
| | Chapter 7 |
| RAYDENE CHRISTIAN, | |
|     Debtor. | |
| _____/ | |
| MULTIBANK 2009-1 RES-ADC VENTURE LLC, | AP No. 16–01544–LMI |
|     Plaintiff, | |
| v. | |
| RAYDENE CHRISTIAN, | |
|     Defendant. | |
| _____/ | |

**FINAL ORDER GRANTING EXPEDITED MOTION TO DISMISS
ADVERSARY PROCEEDING UPON AGREEMENT OF THE PARTIES**

THIS MATTER came before the Court for initial hearing on March 28, 2017 upon the Expedited Motion to Dismiss the Adversary Proceeding Upon Agreement of the Parties [ECF No. 29], as corrected as to payment dates by the Stipulation [ECF No. 31] (the **"Motion"**), and without additional hearing pursuant to the interim order thereupon. The Court, noting that after 30 days' notice to all creditors, there has been no objection to the proposed settlement nor has any party sought to intervene, ORDERS as follows:

1. The adversary proceeding is dismissed.
2. This Court retains jurisdiction to enforce this Order.
3. The terms of the settlement are approved as follows, which shall be binding on all parties to this case:
   a. $5,000.00 shall be paid to Plaintiff within 45 days
   b. $5,000.00 shall be paid to Plaintiff on or before May 1, 2018
   c. $500.00 per month shall be paid to Plaintiff for 24 months, beginning June 1, 2017.
   d. To the extent the distribution on the Plaintiff's unsecured claim is less than $10,000.00, the difference between such amount and $10,000.00 shall be paid to Plaintiff on May 1, 2019.
   e. Upon nonpayment of any amount due, Plaintiff shall provide 30 days notice to counsel for the Debtor. If not cured within such time, Plaintiff shall be entitled to an

   ex parte order revoking the Debtor's Discharge.

 f. Effective upon the entry of this order dismissing the adversary proceeding, the Debtor shall be deemed to release Plaintiff, and its/their parent and affiliates (including but not limited to Rialto Capital Advisors, LLC and Rialto Capital Advisors of New York, LLC), Quantum Servicing Corporation, the Federal Deposit Insurance Corporation, acting in any and every capacity, including but not limited to its capacity as Receiver for the original lender (the "FDIC"), and the original lender, and each of their respective affiliates, agents and assigns the *"Rialto Releasees"*) for any claim or cause of action, known or unknown.

 g. Upon payment in full of all amounts set forth in (a)-(d) above, the Rialto Releasees will be deemed to release the Debtor from any liability.

 h. All payments pursuant to this Order shall be sent to Quantum Servicing Corp, 6302 E. MLK Blvd., Suite 310 Tampa, FL 33619. All payments shall bear the memo "7000042452."

###

Submitted by:

Lawrence E. Pecan, Esquire
Florida Bar No. 99086
In-House Counsel
Rialto Capital
790 NW 107 Avenue, Suite 400
Miami, Florida 33172
Lawrence.Pecan@rialtocapital.com

Lawrence E Pecan shall serve a copy of this order and shall file a certificate of service thereof